**Order entered February 7, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01236-CR

### AMBER RENEE GUYGER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00737-Q**

## ORDER

Before the Court is court reporter Kendra Thibodeaux's February 6, 2020 second request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due **by March 9, 2020**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE